# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

BRIAN SISK JOHNSON                                                                     PLAINTIFF

v.                                   NO. 2:12V00080 JLH

CITY OF MADISON, ARKANSAS                                      DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 2nd day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE