## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

BRIAN SISK JOHNSON                                                                           PLAINTIFF

v.                                              NO. 2:12V00080 JLH

CITY OF MADISON, ARKANSAS                                                    DEFENDANT

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case with prejudice.

The relief sought is denied.

DATED this 2nd day of July, 2012.

*J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE