IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BRIAN SISK JOHNSON                                                                    PLAINTIFF

v.                                      NO. 2:12V00080 JLH

CITY OF MADISON, ARKANSAS                                                DEFENDANT

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case with prejudice.

The relief sought is denied.

DATED this 2nd day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE